IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:17CR 153 |
| CHRISTOPHER RAYMER | § § | Judge Crone |

**INDICTMENT**

FILED
SEP 1 3 2017
Clerk, U.S. District Court
Texas Eastern

THE UNITED STATES GRAND JURY CHARGES:

**Count One**

Violation: 21 U.S.C. § 846 (Conspiracy to Possess with the Intent to Manufacture and Distribute Methamphetamine)

That from sometime in or about May 1, 2017, and continuously thereafter up to and including September 13, 2017, in the Eastern District of Texas and elsewhere, **Christopher Raymer**, defendant, did knowingly and intentionally combine, conspire, and agree with other persons known and unknown to the United States Grand Jury, to knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 50 grams or more of methamphetamine (actual), a violation of 21 U.S.C. § 841(a)(1).

In violation of 21 U.S.C. § 846.

A TRUE BILL

_____
GRAND JURY FOREPERSON

BRIT FEATHERSTON
ACTING UNITED STATES ATTORNEY

*(signature)*     9/13/17
TRACEY M. BATSON     Date
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:17CR_____ <br> Judge _____ |
| CHRISTOPHER RAYMER | § | |

## NOTICE OF PENALTY

### Count One

Violation:   21 U.S.C. § 846

Penalty:   If 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 50 grams or more of methamphetamine (actual); —Imprisonment for a term of not less than 10 years to life, a fine not to exceed $10 million, or both; supervised release of at least five years.

Special Assessment:   $100.00