DATE __10/26/17__
LOCATION __Plano__
JUDGE __Kimberly C. Priest Johnson__
DEPUTY CLERK __Toya McEwen__
COURT REPORTER __Digital Recording__
USPO: __Tiffany Routh__
Interpreter: _____
BEGIN: __11:06 am__

CASE NUMBER __4:17-cr-153 MAC/CAN__
USA __Tracey Batson__ Assigned
V __Ernest Gonzalez__ Appeared

CHRISTOPHER RAYMER
Defendant

_____
Attorney

FILED
OCT 26 2017
Clerk, U.S. District Court
Texas Eastern

- [x] INITIAL APPEARANCE
- [ ] ATTORNEY APPOINTMENT HEARING
- [ ] ARRAIGNMENT
- [ ] DETENTION HEARING

- [ ] Hearing Held   [ ] Hearing Called   [x] Defendant Sworn   [ ] Interpreter Required

- [x] Dft appears: [ ] with counsel   [x] without counsel   [ ] pro se   [ ] Counsel appears on behalf of defendant
- [x] Appears on: [x] Indictment
- [x] Defendant is the person as named in the Indictment.
- [ ] Defendant is NOT the person as named in the Indictment, _____ name given.
- [ ] Defendant advised of Constitutional rights.   [ ] Defendant acknowledged understanding Constitutional rights.
- [ ] Defendant advised for the right to Consular notification.   [ ] Defendant acknowledged understanding right to Consular notification.
- [x] Date of arrest: __10/25/17__   (Other district court & case #) _____
- [ ] Dft   [ ] found competent by the Court to proceed with hearing   [ ] Defendant advised of Constitutional rights
  [ ] advised of right to remain silent   [x] advised of charges   [x] advised of maximum penalties
  [ ] advised of right to counsel   [x] received copy of indictment

- [ ] Dft first appearance with counsel  [ ] CJA appointed  [ ] Retained  [ ] Federal Public Defender appointed
  Attorney: _____
- [x] Dft advises the Court that he/she [ ] has counsel who is _____ or, [x] will hire counsel.
- [ ] If dft cannot retain counsel, the court is to be advised within ____ days so counsel may be appointed.
- [ ] Dft Requests appointed counsel, is sworn & examined re: financial status.
- [ ] Financial affidavit executed by dft. The court finds the defendant [ ] able [ ] unable to employ counsel.
- [ ] _____ appointed   [ ] U.S. Pub Defender _____ appointed

- [ ] USA ORAL motion for detention
- [ ] USA ORAL motion for continuance  [ ] Oral Order granting continuance [ ] Oral Order denying continuance
- [ ] Defendant ORAL motion to continue detention hearing
- [ ] Oral Order granting continuance  [ ] Oral Order denying continuance
- [ ] Detention Hrg set _____
- [x] Arraignment set __Thurs 11-2-17 @ 9am before Judge Nowak in Sherman Tx__
- [x] Order setting conditions of release  [ ] PR Bond executed
- [ ] Dft signed Waiver of Detention Hearing.
- [x] Dfts _____ remanded to custody of U.S. Marshal. __to be out-processed & released.__
- [ ] Dft motion _____

CRIM 92-116           [ ] See reverse/attached for additional proceedings           __11:16 am__ Adjourn